FILED

# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

JAN 20 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06 CR 024-MHT |
| ) | [18 U.S.C. § 641] |
| SHALANDA LONG ) | |
|    a/k/a Shalundra Watts ) | INDICTMENT |
|    a/k/a Shalanda Lone ) | |
| ) | |

The Grand Jury charges:

## COUNTS 1 & 2

1.    At all times relevant to this Indictment, the defendant, **SHALANDA LONG**, was a resident of Montgomery, Alabama.

2.    On or about September 8, 2005, Long, under the name Shalanda Watts, caused to be filed with the Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security, an application for benefits in connection with Hurricane Katrina, which falsely represented that she had suffered losses to a property she rented as her primary residence in New Orleans, Louisiana.  In fact, Long did not reside in Louisiana and did not suffer the losses claimed.

3.    On or about September 14, 2005, Long, under the name Shalundra Lone, caused to be filed with FEMA a second application for benefits in connection with Hurricane Katrina.  This application also falsely represented that she had suffered losses

to a different property she rented as her primary residence in New Orleans, Louisiana. Again, Long did not reside in Louisiana and did not suffer the losses claimed.

4.    FEMA accepted Long's two separate applications and caused two separate United States Treasury checks, each in the amount of $2000, respectively, to be mailed to her in Montgomery, Alabama. Long received both of the checks and cashed each of them.

5.    On or about the dates set forth below, in Montgomery County, within the Middle District of Alabama, and elsewhere,

**SHALANDA LONG,**

did embezzle, steal, purloin, and knowingly convert to her own use money and things of value of the United States and of a department and agency thereof, in an amount in excess of $1,000, as described below:

| COUNT | DATE | ITEM |
|---|---|---|
| 1 | September 13, 2005 | FEMA disaster assistance funds in the amount of $2,000. |
| 2 | September 19, 2005 | FEMA disaster assistance funds in the amount of $2,000. |

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
CHRISTOPHER A. SNYDER
Assistant United States Attorney