| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

| √ INITIAL APPEARANCE | DATE: February 1, 2006 |
|---|---|
| ❐ BOND HEARING | |
| ❐ DETENTION HEARING | Digital Recording 4:16 - 4:26 |
| ❐ PRELIMINARY (EXAMINATION)(HEARING) | |
| ❐ REMOVAL HEARING (R.40) | |
| √ ARRAIGNMENT | |

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker       **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:06cr24-T                **DEFENDANT NAME:** Shalanda Long

**AUSA:** Christopher Snyder            **DEFT. ATTY:** Ben Bruner

**Type Counsel:** ( )Retained; (√) CJA; ( ) Waived; ( ) FPD

**USPO/USPTS:** Ron Thweatt

**Interpreter needed:** (√) NO; ( ) YES  Name:

---

| | |
|---|---|
| √ | Date of Arrest February 1, 2006 or ❐ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❐ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing CJA Panel Attorney Ben Bruner - Notice of Appearance to be filed |
| ❐ | Panel Attorney Appointed; ❐ to be appointed - prepare voucher |
| ❐ | Deft. Advises he will retain counsel. Has retained _____ |
| ❐ | ❐ Government's ORAL Motion for Detention Hrg. ❐ to be followed by written motion; ❐ Government's WRITTEN Motion for Detention Hrg. filed |
| ❐ | Detention Hearing ❐ held; ❐ set for |
| ❐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered. Deft advised of conditions of release |
| √ | √ BOND EXECUTED (M/D AL charges) $25,000. Deft released |
| | ❐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❐ | Bond not executed. Defendant to remain in Marshal's custody |
| ❐ | Deft. ORDERED REMOVED to originating district |
| ❐ | Waiver of ❐ preliminary hearing; ❐ Waiver Rule 40 hearing |
| ❐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √ HELD. Plea of NOT GUILTY entered. ❐Set for    DISCOVERY DISCLOSURE DATE: 2/8/06 |
| √ | WAIVER of Speedy Trial. CRIMINAL TERM: April 24, 2006 |
| ❐ | NOTICE to retained Criminal Defense Attorney handed to counsel |