**COURTROOM DEPUTY'S MINUTES**  **DATE: February 27, 2006**

**MIDDLE DISTRICT OF ALABAMA**  **Digital Recording: 3:27 - 3:28**

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Susan Russ Walker**  **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER:  2:06cr24-MHT**  **DEFENDANT(S)  Shalanda Long**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Christopher Snyder | * | Ben Bruner |

❏ **DISCOVERY STATUS:**
   Completed

❏ **PENDING MOTION STATUS:**

❏ **PLEA STATUS:**
   Likely plea
   **Notice of intent to change plea to be filed no later than noon on April 12, 2006**

❏ **TRIAL STATUS**
   Trial time - 1 day

❏ **REMARKS:**