| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** April 3, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:30 - 3:31 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr24-MHT | **DEFENDANT(S)** Shalanda Long |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Verne Speirs standing in for Christopher Snyder | * | Ben Bruner |

☐ **DISCOVERY STATUS:**
   Completed - no problems

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   Defendant will plea
   Notice of intent to change plea to be filed on or before noon April 12, 2006

☐ **TRIAL STATUS**
   Trial time - ½ - 1 day

☐ **REMARKS:**