# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE            AT MONTGOMERY  ALABAMA

DATE COMMENCED  August 2, 2006            AT  10:26   A.M./P.M.

DATE COMPLETED  August 2, 2006            AT  10:40   A.M./P.M.

UNITED STATES OF AMERICA                  Criminal Action
                                          2:06cr0024-MHT
        VS.

SHALANDA LONG

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Christopher A. Synder | X | Atty Ben E. Bruner |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Kevin Kish, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:     SENTENCING HEARING

| | |
|---|---|
| 10:26 a.m. | Sentencing hearing commenced. Terms of the plea agreement stated on the record. Probation concurs with plea agreement. Court accepts plea agreement. Sentenced imposed. |
| 10:40 a.m. | Hearing concluded. |