PROB 12A
(7/93)

# United States District Court

## for

## Middle District of Alabama

## Report on Offender Under Supervision

Name of Offender: Shalanda Long                                    Case Number: 2:06cr024-MHT

Name of Sentencing Judicial Officer: The Honorable Myron H. Thompson, U.S. District Judge

Date of Original Sentence: August 2, 2006

Original Offense: Theft of Government Property

Original Sentence: Three (3) years Probation

Type of Supervision: Probation                          Date Supervision Commenced: August 2, 2006

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory Condition No. 3. "The defendant shall refrain from any unlawful use of a controlled substance." | On December 5, 2006, Shalanda Long submitted a urine sample that tested presumptive positive for the use of marijuana. Long verbally admitted to using marijuana and also signed a statement admitting to smoking marijuana on or about December 3, 2006. |

**U.S. Probation Officer Action:**
This officer recommends no action be taken on the above mentioned violation at this time. Long was issued a strong verbal reprimand and reminded of the consequences of violating the conditions of probation. Long was also placed on the color-code random drug testing program, which will increase personal contacts and drug tests.

                                                  Respectfully submitted,

                               by       /s/ James Chappell
                                      James Chappell
                                      U.S. Probation Officer
                                      Date: January 11, 2007

Reviewed and approved:     /s/ David Ron Thweatt
                            Supervisory U.S. Probation Officer

**PROB 12A**
**(7/93)**

2

*The Court directs that additional action be taken as follows:*

[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other
[X]  Concur with Probation Officer's recommendation
[ ]  No action necessary

     /s/ Myron H. Thompson
Signature of Judicial Officer

January 11, 2007
Date